IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT LOHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-CV-5285-P |
| | § | |
| ELLIS COUNTY JAIL, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

Plaintiff's claims against the Ellis County Jail, Lieutenant Calender, Captain Ogden, and Officer Pillow are summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff is permitted to proceed on his denial of medical care claim against Dr. Porter.

SO ORDERED this 20th day of March, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE